**JOHNSON // BECKER** PLLC

444 Cedar Street, Suite 1800
St. Paul, MN 55101
T (800) 279-6386  F (612) 436-1801

johnsonbecker.com

October 24, 2024

**VIA ECF**

United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

 Attn: Hon. Buchwald

**Re:**   **Plaintiff's Withdrawl of Request for Local Civil Rule 37.2 Discovery Conference**
*Terry Lynn Tatum v. Sensio, Inc.*
Case No. 1:23-cv-04240-NRB

 Dear Judge Buchwald:

Our firm represents the Plaintiff in the above-referenced matter. Please accept this brief update regarding Plaintiff's October 21, 2024 Request for a Local Civil Rule 37.2 Discovery Conference.

Defendant served it's discovery responses, including a document production yesterday afternoon, October 23, 2024. We are in the process of reviewing those responses. In light of the production and responses, Plaintiff respectfully withdraws her present Request for Local Civil Rule 37.2 Discovery Conference pending the review of Defendant's discovery responses.

**JOHNSON BECKER, PLLC**

*[signature]*

Adam J. Kress, Esq.
*Addmitted Pro Hac Vice*
(612) 436-1908
akress@johnsonbecker.com

---

In light of plaintiff's withdrawal of her request, the Clerk of Court is respectfully directed to terminate the motion currently pending at ECF No. 22.  The parties are directed to provide a further status update in 45 days.

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:     October 28, 2024
                  New York, New York

1